FILED
Oct - 4 2010

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

PROB 35  
(Rev 3/93)

Report and Order Terminating Supervision  
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                Crim. No. 5:04-CR-291-1BO

ANTHONY WAYNE MITCHELL

On August 28, 2007, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                  Respectfully submitted,

/s/Jeffrey L. Keller                                          /s/Donald E. Hargrove
Jeffrey L. Keller                                              Donald E. Hargrove
Supervising U.S. Probation Officer                U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____1_____ day of October_____, 2010.

Terrence W. Boyle  
U.S. District Judge